UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| TLASECA, LETICIA | § | Case No. 10-01009 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
219 S. Dearborn Street
7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 07/17/2012 in Courtroom 644,
United States Courthouse
219 S. Dearborn Street
Chicago, Illinois  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/13/2012                    By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
TLASECA, LETICIA § Case No. 10-01009
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,500.12 |
| and approved disbursements of | $ | 6.27 |
| leaving a balance on hand of[1] | $ | 2,493.85 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 625.03 | $ 0.00 | $ 625.03 |
| Attorney for Trustee Fees: FRANK/GECKER LLP | $ 2,653.00 | $ 0.00 | $ 1,858.98 |
| Attorney for Trustee Expenses: FRANK/GECKER LLP | $ 14.04 | $ 0.00 | $ 9.84 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,493.85 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,307.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 3,430.36 | $ 0.00 | $ 0.00 |
| 000002 | DISCOVER BANK | $ 4,765.19 | $ 0.00 | $ 0.00 |
| 000003 | FIA CARD SERVICES, N.A. | $ 10,124.48 | $ 0.00 | $ 0.00 |
| 000004 | FIA CARD SERVICES, N.A. | $ 8,521.35 | $ 0.00 | $ 0.00 |
| 000005 | CHASE BANK USA NA | $ 2,273.01 | $ 0.00 | $ 0.00 |
| 000006 | CHASE BANK USA NA | $ 2,193.15 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                         Case No. 10-01009-PSH
Leticia Tlaseca                                                Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: corrinal               Page 1 of 3                   Date Rcvd: Jun 14, 2012
                              Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2012.
db           +Leticia Tlaseca,    2632 South Homan,    Chicago, IL 60623-4615
aty           Zane L Zielinski,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
               Chicago, IL 60610
14952316     +Bank Of America,    Po Box 84006,    Columbus, GA 31908-4006
14952356    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Washington Mutual Fa,    Po Box 1093,    Northridge, CA 91328)
14952318     +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
17812283      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
17805759      Chase Bank USA NA,    P.O. Box 15145,    Wilimington, DE 19850-5145
14952321      Citi,   Po Box 6003,    Hagerstown, MD 21747
14952319     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14952322     +Citifinancial Retail Services,     Po Box 140489,    Irving, TX 75014-0489
14952331     +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
17773093      FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18006738      GE Capital Retail Bank,    c/o Recovery Management Systems Corp,     25 SE 2nd Ave Suite 1120,
               Miami FL 33131-1605
14952335     +GMAC,   Attention: Bankruptcy Dept.,     1100 Virginia Drive,    Fort Washington, PA 19034-3204
14952336     +Helzbergcbsd,    Pob 5002,    Sioux Falls, SD 57117-5002
14952337     +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
14952338     +Hsbc/wicks,    Pob 15521,    Wilmington, DE 19850-5521
14952339     +Jose Luis Millan,    1542 Euclid Avenue,    Berwyn, IL 60402-1329
14952340     +Lane Bryant,    Po Box 182125,    Columbus, OH 43218-2125
14952341     +Lane Bryant Retail/soa,    450 Winks Ln,    Bensalem, PA 19020-5932
14980992     +NATIONSTAR MORTGAGE,    PO Box 829009,    Dallas, Tx 75382-9009
14952342     +Nationstar Mortgage Ll,    Attn: Bankruptcy,    350 Highland Dr,    Lewisville, TX 75067-4177
14952344     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14952346     +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
14952347     +Rshk/cbsd,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14952349      Sears/cbsd,    133200 Smith Rd,    Cleveland, OH 44130
14952350     +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
14952352     +Socorro Tlaseca,    2632 South Homan,    Chicago, IL 60623-4615
14952353     +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14952354      Toyota Motor Credit,    111 West 22nd Street, Suite 420,    Oak Brook, IL 60523
18022060    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Services,     BANKRUPTCY DEPARTMENT,    P.O. Box 5229,
               Cincinnati, OH 45201-5229)
14952355     +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
14952357     +Wells Fargo Hm Mortgag,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851
14952358     +Wfnnb/dress Barn,    Po Box 182273,    Columbus, OH 43218-2273
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14952323     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 14 2012 23:58:45      Collection,
               Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
17770768      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2012 02:43:42      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
14952328     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 15 2012 02:43:42      Discover Fin Svcs Llc,
               Po Box15316,    Wilmington, DE 19850-5316
14952332     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2012 02:44:54      Gemb/jcp,    Attention: Bankruptcy,
               Po Box 103106,    Roswell, GA 30076-9106
14952334     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2012 02:44:54      Gemb/sams Club Dc,
               Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14952348     +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2012 02:31:43      Sams Club,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 6


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Frank/Gecker LLP
14952343      Nbgl Carsons
14952317*    +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14952320*    +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14952324*    +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14952325*    +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14952326*    +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14952327*    +Collection,    Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
14952329*    +Discover Fin Svcs Llc,    Po Box15316,    Wilmington, DE 19850-5316
14952330*    +Discover Fin Svcs Llc,    Po Box15316,    Wilmington, DE 19850-5316
14952333*    +Gemb/jcp,    Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14952345*    +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Drive,    Chicago, IL 60601-6302
14952351*    +Sears/cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
```

```
District/off: 0752-1              User: corrinal              Page 2 of 3                   Date Rcvd: Jun 14, 2012
                                  Form ID: pdf006             Total Noticed: 40

14952314    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14952315    ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                    TOTALS: 2, * 11, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2012**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: corrinal               Page 3 of 3                  Date Rcvd: Jun 14, 2012
                              Form ID: pdf006              Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2012 at the address(es) listed below:

```
          David A. Golin    on behalf of Defendant  Wells Fargo Bank, N.A. dagolin@arnstein.com,
           mgonzalez@arnstein.com
          Efrain  Vega    on behalf of Debtor Leticia Tlaseca vega.law.office@gmail.com
          Frances  Gecker    on behalf of Plaintiff Trustee Frances Gecker fgecker@fgllp.com
          Frances  Gecker    fgecker@fgllp.com,
           fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
          Joel P Fonferko    on behalf of Creditor  Wells Fargo Bank, NA ND-Two@il.cslegal.com
          Marc S. Zaslavsky    on behalf of Defendant  Wells Fargo Bank, N.A. mszaslavsky@arnstein.com
          Maria  Georgopoulos    on behalf of Defendant  Wells Fargo Bank, N.A. nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William G Cross    on behalf of Plaintiff Trustee Frances Gecker wcross@fgllp.com
          Zane L Zielinski    on behalf of Trustee Frances Gecker zzielinski@fgllp.com,
           csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 10
```