UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
TLASECA, LETICIA § Case No. 10-01009
§
§
_____Debtor(s)_____§_____

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Frances Gecker_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Nationstar Mortgage Ll Attn: Bankruptcy 350 Highland Dr Lewisville, TX 75067 |  |  |  |  |  |
|  | Toyota Motor Credit 111 West 22nd Street, Suite 420 Oak Brook, IL 60523 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag<br>7255 Baymeadows Wa<br>Jacksonville, FL 32256 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FRANK/GECKER LLP | | | | | |
| FRANK/GECKER LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 84006 Columbus, GA 31908 | | | | | |
| | Chase - Toys R Us Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6003 Hagerstown, MD 21747 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citifinancial Retail Services Po Box 140489 Irving, TX 75014 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Collection Attn: Bankrutpcy Department Po Box 10587 Greenville, SC 29603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box15316 Wilmington, DE 19850 | | | | | |
| | Elan Financial Service 777 E Wisconsin Ave Milwaukee, WI 53202 | | | | | |
| | GMAC Attention: Bankruptcy Dept. 1100 Virginia Drive Fort Washington, PA 19034 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | Gemb/sams Club Dc Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Helzbergcbsd Pob 5002 Sioux Falls, SD 57117 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/wicks Pob 15521 Wilmington, DE 19805 | | | | | |
| | Lane Bryant Po Box 182125 Columbus, OH 43218 | | | | | |
| | Lane Bryant Retail/soa 450 Winks Ln Bensalem, PA 19020 | | | | | |
| | Nbgl Carsons | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Peoples Gas C/O Bankruptcy Department 130 E. Randolph Drive Chicago, IL 60602 | | | | | |
| | Rbs Citizens Na 1000 Lafayette Blvd Bridgeport, CT 06604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rshk/cbsd Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Sams Club Attention: Bankruptcy Department Po Box 103104 Roswell, GA 30076 | | | | | |
| | Sears/cbsd 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Washington Mutual Fa Po Box 1093 Northridge, CA 91328 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wfnnb/dress Barn Po Box 182273 Columbus, OH 43218 | | | | | |
| 000005 | CHASE BANK USA NA | | | | | |
| 000006 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-01009 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|
| Case Name: | TLASECA, LETICIA | | | Date Filed (f) or Converted (c): | 01/12/10 (f) |
| | | | | 341(a) Meeting Date: | 02/18/10 |
| For Period Ending: | 08/31/12 | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2632 South Homan Chicago, Illinois 60623  Debtor Claimed Exemption | 100,000.00 | 0.00 | | 0.00 | FA |
| 2. 6104 South Knox Chicago, Illinois 60629 | 205,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Nominal Cash on Hand  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 4. TCF Bank -Checking Account  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 5. Second Federal Savings -Savings Account  Debtor Claimed Exemption | 500.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furniture, including counches,  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 7. Mics Books and Art Objects  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |
| 8. Used Personal Clothing and Shoes  Debtor Claimed Exemption | 300.00 | 0.00 | | 0.00 | FA |
| 9. Misc costume jewelry  Debtor Claimed Exemption | 100.00 | 0.00 | | 0.00 | FA |

Case 10-01009   Doc 62   Filed 08/31/12   Entered 08/31/12 10:01:52   Desc Main
Document      Page 12 of 17

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-01009 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Frances Gecker |
| Case Name: | TLASECA, LETICIA | | | | Date Filed (f) or Converted (c): | 01/12/10 (f) |
| | | | | | 341(a) Meeting Date: | 02/18/10 |
| | | | | | Claims Bar Date: | 12/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 10. 401(k) through employer<br>    Debtor Claimed Exemption | 20,000.00 | 0.00 | | 0.00 | FA |
| 11. 2009 Income Tax Refund<br>    Debtor Claimed Exemption | 3,500.00 | 700.00 | DA | 0.00 | FA |
| 12. 2006 Toyota Corolla Miles: 38,000<br>    Debtor Claimed Exemption | 8,000.00 | 2,701.00 | DA | 0.00 | FA |
| 13. Adversary Proceeding Settlement | 0.00 | 0.00 | | 2,500.00 | FA |
| 14. Post-Petition Interest Deposits (u) | 0.00 | 0.00 | | 0.12 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $338,000.00 | $3,401.00 | | $2,500.12 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS FILED A FINAL REPORT.

Initial Projected Date of Final Report (TFR): 10/30/11    Current Projected Date of Final Report (TFR): 04/20/12

     /s/    Frances Gecker
_____      Date: 08/28/12

LFORM1                                                                                                                Ver: 16.06d

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-01009 PSH Judge: Pamela S. Hollis | Trustee Name: Frances Gecker |
| Case Name: | TLASECA, LETICIA | Date Filed (f) or Converted (c): 01/12/10 (f) |
| | | 341(a) Meeting Date: 02/18/10 |
| | | Claims Bar Date: 12/02/11 |

FRANCES GECKER

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-01009 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | TLASECA, LETICIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5278  MONEY MARKET |
| Taxpayer ID No: | *******0456 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/11 | 13 | Chicago Title Insurance Company<br>601 Riverside Avenue<br>Bldg. 5, 6th Floor<br>Jacksonville, FL  32204 | | 1241-000 | 2,500.00 | | 2,500.00 |
| 07/29/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.02 |
| 08/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.04 |
| 09/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.06 |
| 10/31/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,500.08 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.19 | 2,496.89 |
| 11/30/11 | 14 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,496.91 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 3.08 | 2,493.83 |
| 12/29/11 | 14 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,493.85 |
| 12/29/11 | | Transfer to Acct #*******2392 | Bank Funds Transfer | 9999-000 | | 2,493.85 | 0.00 |

Page Subtotals       2,500.12       2,500.12

Ver: 16.06d

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-01009 -PSH | | Trustee Name: | Frances Gecker |
| Case Name: | TLASECA, LETICIA | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******5278 MONEY MARKET |
| Taxpayer ID No: | *******0456 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,500.12 | 2,500.12 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 2,493.85 | |
| | | | Subtotal | | 2,500.12 | 6.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,500.12 | 6.27 | |

Page Subtotals   0.00   0.00

Ver: 16.06d

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-01009 -PSH | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | TLASECA, LETICIA | Bank Name: | Congressional Bank |
|  |  | Account Number / CD #: | *******2392  GENERAL CHECKING |
| Taxpayer ID No: | *******0456 |  |  |
| For Period Ending: | 08/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/29/11 |  | Transfer from Acct #*******5278 | Bank Funds Transfer | 9999-000 | 2,493.85 |  | 2,493.85 |
| 07/24/12 | 001000 | FRANCES GECKER<br>FRANK/GECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Chapter 7 Compensation/Expense | 2100-000 |  | 625.03 | 1,868.82 |
| 07/24/12 | 001001 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Attorney for Trustee Fees (Trustee<br><br>Fees            1,858.98<br>Expenses            9.84 | <br><br><br><br>3110-000<br>3120-000 |  | 1,868.82 | 0.00 |

```
                                  COLUMN TOTALS                        2,493.85        2,493.85          0.00
                                  Less:  Bank Transfers/CD's           2,493.85            0.00
                                  Subtotal                                 0.00        2,493.85
                                  Less:  Payments to Debtors                                0.00
                                  Net                                      0.00        2,493.85
                                                                                        NET                ACCOUNT
                    TOTAL - ALL ACCOUNTS               NET DEPOSITS     DISBURSEMENTS    BALANCE
                    MONEY MARKET - ********5278           2,500.12         6.27           0.00
                    GENERAL CHECKING - ********2392           0.00     2,493.85           0.00
                                                         ------------    ------------    ------------
                                                          2,500.12       2,500.12          0.00
                                                         ============    ============    ============
                                                       (Excludes Account  (Excludes Payments  Total Funds

                                  Page Subtotals          2,493.85      2,493.85
```

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-01009 -PSH | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | TLASECA, LETICIA | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2392 GENERAL CHECKING |
| Taxpayer ID No: | *******0456 | | |
| For Period Ending: | 08/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | MONEY MARKET - ********5278 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********2392 | | | | |

Frances Gecker, Trustee

Trustee's Signature: ____/s/____Frances Gecker_____ Date: 08/28/12
FRANCES GECKER

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*